UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT LUNA, | ) | No. CV 10-7857-JAK(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| R. GROUNDS, Warden, | ) ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.[1] **IT IS THEREFORE ORDERED** that judgment be entered

---

[1] In this federal habeas petition, Petitioner challenges a state finding that he was guilty of a prison disciplinary violation, committing force or violence by participating in a gang-related riot. See Cal. Code. Regs. §3005(c)(2). In his objections, Petitioner argues that the report and recommendation is in error because the magistrate concurred in the reasoning of the state court – articulated in denying his state habeas petition – to the effect that there was "some evidence" that he had committed force or violence not only by participating in a riot, but also by assaulting or battering another inmate. <u>See</u> Cal. Code Regs. §§ 3005(c)(1) and (2). This analysis is

1  denying the Petition and dismissing this action with prejudice.

3  DATED: April 13, 2012

                                          /s/ John A. Kronstadt
                                          _____
                                          JOHN A. KRONSTADT
                                          United States District Judge

---

in error, Petitioner appears to contend, because he did not receive notice that he was charged under the assault and battery subsection of the relevant code provision and because the magistrate effectively re-weighed the evidence against Petitioner in concluding there was some evidence of an assault or battery. This objection is without merit. As the magistrate judge found, it did not unreasonably apply or contravene established federal law for the state court to conclude there was "some evidence" to support the finding that Petitioner committed force or violence by participating in a riot. See Superintendent v. Hill, 472 U.S. 445, 455-56, 105 S. Ct. 2768, 86 L. Ed. 2d 356 (1985)(1985)(citations omitted)(in assessing whether there is "some evidence" to support a prison disciplinary finding, "the relevant question is whether there is any evidence in the record that could support the conclusion reached by the disciplinary board.") Consequently, habeas relief is not merited.