# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT LUNA, | ) | No. CV 10-7857-JAK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R. GROUNDS, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>April 13, 2012</u>

JOHN A. KRONSTADT
United States District Judge